| | |
|---|---|
| MARK BARDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CV-202 |
| ) | (Phillips) |
| GEORGE DAVISON, III, CEO of Davison ) | |
| and Associates, and Pennsylvania's State ) | |
| District Attorney General's Office, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendants George Davison, III, and Davison and Associates. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Mark Bardwell take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff Mark Bardwell their costs of action.

Dated at Knoxville, Tennessee, this _____ day of March, 2012.

**ENTER:**

                                    s/ Thomas W. Phillips
ENTERED AS A JUDGMENT        United States District Judge
  *s/ Debra C. Poplin*
  CLERK OF COURT